1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DESHAWN MYRICK,

11          Plaintiff,               No. 2:10-cv-1085 JFM (PC)

12      vs.

13   IVES, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Use of the form assists plaintiff to establish and the

20   court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).

21   Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the

22   opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must

23   also provide a certified copy of his prison trust account statement for the six month period

24   immediately preceding the filing of his complaint.

25   /////

26   /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: May 24, 2010.

UNITED STATES MAGISTRATE JUDGE

/md014;myri1085.3d.jfm