1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DESHAWN MYRICK,

11              Plaintiff,                    No. 2:10-cv-1085 KJM JFM (PC)

12         vs.

13   IVES, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff, a federal prisoner, is proceeding pro se with a civil rights action

17   pursuant to 28 U.S.C. § 1331.

18              By an order filed September 30, 2011, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the USM-285 forms and copies of his complaint which are

20   required to effect service on the defendant.  On October 21, 2011, plaintiff submitted the USM-

21   285 forms but failed to provide a complete address for Lt. Shank[1] and did not provide a second

22   copy of his amended complaint.

23   /////

24

25         [1] On the USM-285 form, plaintiff lists multiple defendants, including Lt. Shank.
     Plaintiff is informed that only Lt. Shank remains in this action per screening orders filed July 29,
26   2011 and September 30, 2011.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to return the copy of the amended complaint

3 submitted by plaintiff on September 19, 2011, and one blank USM-285 form;

4    2. Within thirty days, plaintiff shall submit to the court the two copies of the

5 September 19, 2011 amended complaint and one complete USM-285 form required to effect

6 service.  Failure to return the copies within the specified time period will result in a

7 recommendation that this action be dismissed.

8 DATED: November 9, 2011.

9

10    UNITED STATES MAGISTRATE JUDGE

11

12

/kly014;myri1085.8f(2)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2